# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

U.S.A. vs. Chantei Nicole Ferrell          Docket No. 7:13-MJ-1035-1RJ

### Petition for Action on Probation

    COMES NOW Djoni B. Barrett, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Chantei Nicole Ferrell, who, upon an earlier plea of guilty to Larceny of Government Property, in violation of 18 U.S.C. §13, assimilating N.C.G.S. 14-107, was sentenced by the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, on October 2, 2013, to a 24 month term of probation under the standard conditions adopted by the court and the following additional condition:

1. The defendant shall pay a special assessment of $10, fine of $200, and restitution of $4,299.19.

    **RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

    On October 2, 2013, immediately following sentencing, the defendant tested positive for marijuana. The defendant admitted to using the substance prior to court. The defendant reported she has a nine year old son who is blind, has cerebral palsy, and grand mal seizures. The defendant reported she is her son's primary care taker and uses marijuana to help her with stress and anxiety. The probation officer informed the defendant she cannot use marijuana while on probation and be successful with supervision requirements. The probation officer recommended a drug aftercare modification. However, the defendant stated that the requirements of probation motivate her to stop using marijuana.

On March 12, 2014, the defendant submitted to surprise urinalysis which proved positive for marijuana. On March 21, 2014, the laboratory report from Alere Laboratory confirmed the sample was positive for marijuana. When confronted, the defendant admitted to using the substance.

The defendant is married to an active duty U.S. Marine and lives in base housing aboard Tarawa Terrace II. The defendant is his primary caretaker for her son who is severely disabled and requires constant attention.

The probation officer is recommending imposition of a drug aftercare condition to facilitate urinalysis and allow the defendant to participate in any recommended substance abuse treatment deemed necessary.

Chantei Nicole Ferrell
Docket No. 7:13-MJ-1035-1RJ
Petition For Action
Page 2

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Dwayne K. Benfield | /s/ Djoni B. Barrett |
| Dwayne K. Benfield | Djoni B. Barrett |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 200 Williamsburg Pkwy, Unit 2 |
| | Jacksonville, NC 28546-6762 |
| | Phone: 910-347-9038 |
| | Executed On: March 21, 2014 |

### ORDER OF COURT

Considered and ordered this  24  day of  March , 2014, and ordered filed and made a part of the records in the above case.

Robert B. Jones, Jr.
U.S. Magistrate Judge