IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CASE NO. 7:13-MJ-1035-RJ-1

UNITED STATES OF AMERICA

vs.

**ORDER**

CHANTEI NICOLE FERRELL,
A/K/A CHANTEI MICHELLE FERRELL
    Defendant.

FOR GOOD CAUSE SHOWN and with the concurrence of the supervising probation officer, the supervised probation of the defendant (the movant) is terminated and the movant is released from probation supervision forthwith.

IT IS ORDERED AND DIRECTED.

Entered at Chambers, this the __7__ day of July, 2015.

The Honorable Robert B. Jones, Jr.
United States Magistrate Judge